**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT K. JOHNSTON and** | : | **CIVIL ACTION** |
| **CHRISTOPHER L. MILTON,** | : | |
| *Plaintiffs,* | : | |
| | : | |
| **v.** | : | **No.  18-05368** |
| | : | |
| **LIFE CARE LINCOLN BENEFIT** | : | |
| **RESOLUTION LIFE,** | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this **19th** day of **July**, **2022**, upon consideration of Defendant's

Motion for Summary Judgment (ECF No. 38) to which no response has been filed,

it is hereby **ORDERED** that for the reasons set forth in the accompanying

Memorandum, Defendant's Motion (ECF No. 38) is **GRANTED.**

The Clerk of Court is hereby directed to close the case.

**BY THE COURT:**

/s/ *Chad F. Kenney*

_____
**CHAD F. KENNEY, JUDGE**